KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
SCHUMACHER LANE PLLC
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| Ronald Paul Carter, | |
| Plaintiff(s), | Case No.: 3:20-cv-00991-SB [Lead Case] |
| | 3:20-cv-01478-SB [Trailing Case] |
| v. | |
| Equifax Information Services, et al, | JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |
| Defendant(s). | |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☐ Yes    ☑ No

    If not, provide an explanation:

    The parties intend to discuss settlement following the conclusion of fact and expert discovery.

2.     The parties propose: (*check one of the following*)

    ☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    ☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

    _____

    _____

    _____

    ☑ (c) ADR may be helpful at a later date following completion of:

    _____

    _____

    ☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

    _____

    _____

    ☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

    ☐ (f) Other:

    _____

    _____

    _____

Dated: 8/19/2021        By: /s/ Kyle Schumacher

                                                    Kyle Schumacher, OSB# 121887

                                     By: /s/ Daniel C. Peterson

                                                    Daniel C. Peterson, OSB# 064664